# MINUTES

CASE NUMBER:   2:16-cv-01702-LEK (USDC, Eastern District of California)

CASE NAME:   Lasonja Porter vs. Sergeant Munoz, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi         REPORTER:

DATE:   8/31/2017                    TIME:

COURT ACTION: EO: Case Management Status Conference set for **9/25/2017 at 01:30 PM (Hawaii time)** before Judge Leslie E. Kobayashi. (Approximately 4:30 PM E Dist of CA time).

All Counsel from the Eastern District of California to participate by telephone. Courtroom Manager will contact counsel at the phone number listed on the Court docket unless an alternate phone number is provided.

Submitted by: Warren N. Nakamura, Courtroom Manager