BRUCE A. KILDAY, ESQ., SB No. 66415
    Email:  bkilday@akk-law.com
SEAN D. O'DOWD, ESQ., SB No. 296320
    Email:  sodowd@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants SERGEANT MUNOZ and CITY OF DAVIS (also sued herein as
CITY OF DAVIS POLICE DEPARTMENT)

KELLAN STEVEN PATTERSON, SBN 307190
    Email: info@kellanpatterson.com
**LAW OFFICES OF KELLAN PATTERSON**
P.O. BOX 5042
Sacramento, CA 95814
Telephone: 916-905-4464
Fax: 916-721-2742

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASONJA PORTER,<br><br>                    Plaintiff,<br><br>             vs.<br><br>SERGEANT MUNOZ in his individual<br>capacity, DOES 1-10 in their individual<br>capacities, CITY OF DAVIS POLICE<br>DEPARTMENT, CITY OF DAVIS,<br><br>               Defendants. | Case No.: 2:16-01702-LEK-EFB<br><br>**STIPULATION FOR PROTECTIVE<br>ORDER AND  ORDER** |

     IT IS HEREBY AGREED AND STIPULATED BETWEEN THE PLAINTIFF, AND

DEFENDANTS SERGEANT MUNOZ and CITY OF DAVIS (also sued herein as CITY OF

DAVIS POLICE DEPARTMENT) (hereinafter collectively referred to as "the Parties"), that all

documents produced in this case pursuant to Fed. Rules Civ. Proc., rules 26, 30, 34 & 45 shall be

1  governed by this protective order.

2      Absent a separate agreement between the Parties, in writing, all documents produced in

3  this case shall be used by the Parties solely for the purpose of prosecuting and defending the

4  above-captioned case. The documents shall not be duplicated, reproduced, transmitted, or

5  communicated to any person for any reason other than counsel; clients; experts retained for the

6  purpose of furthering the defense of or prosecution of the Plaintiff's case; deposition and trial

7  witnesses; mediator or third party neutral; or the Court. The copying of produced documents is to

8  be conducted in-house and shall not be done by outside third party vendors.

9      All copies of protected documents distributed by counsel to any Party for purpose of

10  prosecuting or defending the litigation shall be returned to counsel at the conclusion of the

11  litigation and counsel shall store and ultimately destroy the documents consistent with individual

12  firm policy.

13      Nothing in this agreement shall be interpreted to limit Plaintiff's ability to obtain and

14  disseminate documents procured outside this litigation, including, but not limited to, documents

15  obtained pursuant to a request under the California Public Records Act (Gov. Code § 6250 *et.*

16  *seq.*).

17      This Order shall constitute a protective order pursuant to <u>Fed. Rules Civ. Proc., rule 26(c)</u>

18  and shall be enforceable as set forth therein.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION FOR PROTECTIVE ORDER AND PROPOSED ORDER

The above is stipulated to by the respective counsel for the parties as follows:

Dated: October 11, 2017                    ANGELO, KILDAY & KILDUFF, LLP

                                           /s/ Sean D. O'Dowd
                                        By:_____
                                           BRUCE A. KILDAY
                                           SEAN D. O'DOWD
                                           Attorneys for Defendants
                                           SERGEANT MUNOZ and CITY OF
                                           DAVIS (also sued herein as CITY OF
                                           DAVIS POLICE DEPARTMENT)


Dated: October 11, 2017                    LAW OFFICE OF KELLAN PATTERSON

                                            /s/ Kellan Patterson (as authorized on
                                        9/29/2017)
                                        By:_____
                                           KELLAN STEVEN PATTERSON
                                           Attorney for Plaintiff
                                           LASONJA PORTER

**ORDER**

**IT IS SO ORDERED.**

Dated: October 11, 2017                _____



                                           /s/ Leslie E. Kobayashi
                                           Leslie E. Kobayashi
                                           United States District Judge